# Exhibit 1

**Exhibit 1**

<div style="border: 1px solid red;">
attorney-client privilege
</div>

**From:** justin brain <justin@nationalcarshippinginc.com>
**Sent:** Monday, September 5, 2022 2:40 PM
**To:** Sheree Taylor <sheree@tolm.co>; Tony Taylor <tony@tolm.co>
**Subject:** Fwd: Call Report - National Car Shipping

Hello did you see this ?

Get Outlook for iOS

---

**From:** justin brain <justin@nationalcarshippinginc.com>
**Sent:** Monday, September 5, 2022 5:32 PM
**To:** Sheree Taylor <sheree@tolm.co>
**Subject:** Re: Call Report - National Car Shipping

Hello ! From now on can you just do the e check draft from my business checking?

National Car Shipping INC
Account number
███2380
Routing number
███4131


Get Outlook for iOS

---

**From:** Sheree Taylor <sheree@tolm.co>
**Sent:** Monday, September 5, 2022 5:30:44 PM
**To:** justin brain <justin@nationalcarshippinginc.com>
**Cc:** Tony Taylor <tony@tolm.co>
**Subject:** Call Report - National Car Shipping

1

Hi Justin,

Please see attached report & call logs showing last week's calls.

There is a payment of $ 2,270.51 due at this time.

Thank You!

*Have a Blessed Day!*
**Sheree Taylor**
sheree@tolm.co
(831) 688-1425

**TOLM**
TAYLOR ONLINE MARKETING