# Exhibit 2

**Exhibit 2**

## Transfer Notification

cash.management@1stcapitalbank.com <cash.management@1stcapitalbank.com>
Wed 2/1/2023 5:26 PM
To: sheree@tolm.co <sheree@tolm.co>;Cash Management Support <cash.management@1stcapitalbank.com>

**WARNING:** This email is from an external source.  Do not click links or attachments unless you recognize the sender and know the content is safe.

National Car Shipping Inc received from TOLM.COM, INC on 02/01/2023 has passed all origination steps without exception.

| | |
|---|---|
| First Effective Date: | 02/03/2023 |
| Debit Totals: | $12,068.00 |
| Credit Totals: | $12,068.00 |
| Number of Debits: | 1 |
| Number of Credits: | 1 |
| Client Name: | TOLM.COM, INC |
| Reference Number: | 5794be0803 |
| ACH Transfer Type: | Prearranged_Payment |

Thank you,
cash.management@1stcapitalbank.com