# Exhibit 4

**Exhibit 4**

**Exhibit 4**

Privileged

**From:** justin brain <justin@nationalcarshippinginc.com>
**Sent:** Tuesday, February 7, 2023 2:10 PM
**To:** Sheree Taylor <sheree@tolm.co>
**Cc:** Tony Taylor <tony@tolm.co>
**Subject:** Re: ACH Return 02.07.2023

Turn off the calls until I figure out what's going on , I just checked my bank and my merchant hasn't sent money since Thursday so I'm missing like 29 grand .

Get Outlook for iOS

**From:** Sheree Taylor <sheree@tolm.co>
**Sent:** Tuesday, February 7, 2023 5:00:57 PM
**To:** justin brain <justin@nationalcarshippinginc.com>

1

**Cc:** Tony Taylor <tony@tolm.co>
**Subject:** FW: ACH Return 02.07.2023

Hi Justin,

This week's payment was returned for insufficient funds.  Are funds available at this time?

*Have a Blessed Day!*
**Sheree Taylor**
**sheree@tolm.co**
**(831) 688-1425**



---

**From:** Cash Management Support <cash.management@1stcapitalbank.com>
**Sent:** Tuesday, February 7, 2023 1:59 PM
**To:** Sheree Taylor <sheree@tolm.co>
**Cc:** Cash Management Support <cash.management@1stcapitalbank.com>
**Subject:** ACH Return 02.07.2023

Good Afternoon,

The following ACH item has been returned:

Name: National Car Shipping
Amount: $12,068.00
Reason: R01 Insufficient Funds
Effective Date: 2/03/2023

Thank you,
Francisco

**CASH MANAGEMENT**

Office: (831) 264 - 4003

1093 S. Main Street, Suite 210
Salinas, CA 93901
www.1stcapital.bank