# Exhibit 5

**Exhibit 5**

**Exhibit 5**



# Klema Law, P.L.

Access the law℠

**Griffin C. Klema**
Attorney at Law

420 W. KENNEDY BOULEVARD, TAMPA, FLORIDA 33606
PO BOX 172381 TAMPA, FLORIDA 33672
202-713-5292   Griffin@KlemaLaw.com

February 10, 2023

<u>VIA FIRST CLASS MAIL</u>

Justin Brain
President
National Car Shipping Inc
5010 NW 112th Drive
Coral Springs, FL 33076

**RE: Demand for payment for worthless instruments**
Our client:   Taylor Online Marketing (TOLM)

Dear Mr. Brain,

This firm represents Taylor Online Marketing (TOLM) and its business dealings with you and your company, National Car Shipping Inc.

You are hereby notified that a check, draft, order of payment, debit card order, or electronic funds transfer numbered 5794be0803 in the face amount of $12,068.00 authorized by you on February 2, 2023, drawn upon JP Morgan Chase Bank on February 3, 2023, and payable to Taylor Online Marketing.com Inc., has been dishonored. Pursuant to Florida law, you have 30 days from receipt of this notice to tender payment in cash of the full amount of the dishonored payment instrument, **plus a service charge** of $25 if the face value does not exceed $50, $30 if the face value exceeds $50 but does not exceed $300, $40 if the face value exceeds $300, or **5 percent of the face amount** of the dishonored instrument, whichever is greater, the total amount due being **$12,671.40**. Unless this amount is paid in full within the 30-day period, the holder of the dishonored payment instrument may file a civil action against you for three times the amount of the dishonored instrument, but in no case less than $50, in addition to the payment of the dishonored instrument plus any court costs, reasonable attorney fees, and any bank fees incurred by the payee in taking the action.

You are hereby notified that a check, draft, order of payment, debit card order, or electronic funds transfer numbered d5b422bbf4 in the face amount of $11,409.00 issued by you on February 7, 2023, drawn upon JP Morgan Chase Bank, and payable to Taylor Online Marketing.com Inc., has been dishonored. Pursuant to Florida law, you have 30

Justin Brain
February 13, 2023
Page 2

---

days from receipt of this notice to tender payment in cash of the full amount of the dishonored payment instrument, plus a service charge of $25 if the face value does not exceed $50, $30 if the face value exceeds $50 but does not exceed $300, $40 if the face value exceeds $300, or 5 percent of the face amount of the dishonored instrument, whichever is greater, the total amount due being **$ 11,979.45**. Unless this amount is paid in full within the 30-day period, the holder of the dishonored payment instrument may file a civil action against you for three times the amount of the dishonored instrument, but in no case less than $50, in addition to the payment of the dishonored instrument plus any court costs, reasonable attorney fees, and any bank fees incurred by the payee in taking the action.

**Thus, TOLM hereby demands payment of $24,650.85 within 30 days.**

Please be advised that Florida law provides for trebled damages for worthless electronic funds transfers, "in addition to, rather than including, the face amount." NASR Int'l Trading Co. v. Rahul Int'l Inc., 675 So. 2d 704, 705 (Fla. 3d DCA 1996). If TOLM must file suit, **it will seek damages four times that amount: $93,908 plus its costs and attorney's fees** in pursuing the matter.

Govern yourself accordingly.

I trust that this matter can be quickly and amicably resolved without the need to resort to the courts.

Very truly yours,

*[signature]*

Griffin C. Klema, Esq.
for the firm

cc: justin@nationalcarshippinginc.com
    client
    file