AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| TAYLOR ONLINE MARKETING.COM INC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | 23-61234-CIV-RUIZ |
| v. | ) ) | Civil Action No. 23-cv-61234 |
| JUSTIN T. BRAIN and NATIONAL CAR SHIPPING INC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Justin T. Brain
6182 N. State Road 7
Apartment 206
Coconut Creek, FL 33073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Klema Law, P.L.
PO Box 172381
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jun 28, 2023

SUMMONS

s/ J. Conway

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| TAYLOR ONLINE MARKETING.COM INC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | 23-61234-CIV-RUIZ |
| v. | ) ) | Civil Action No. 23-cv-61234 |
| JUSTIN T. BRAIN and NATIONAL CAR SHIPPING INC | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Car Shipping Inc
c/o Registered Agent and President

Justin Brain
6182 N. State Road 7
Apartment 206
Coconut Creek, FL 33073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Klema Law, P.L.
PO Box 172381
Tampa, FL 33672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 28, 2023

Angela E. Noble
Clerk of Court



SUMMONS

s/ J. Conway
Deputy Clerk
U.S. District Courts