# VERIFIED RETURN OF SERVICE

| State of Florida | County of | Court |
|---|---|---|

Case Number: 23-CV-61234

Plaintiff:
**TAYLOR ONLINE MSRKETING.COM**

vs.

Defendant:
**JUSTIN T. BRAIN and NATIONAL CAR SHIPPING**

For:
Griffin C. Klema Esq.
Klema Law, P.L.
420 W. Kennedy Blvd.
Tampa, FL  33606

Received by Affordable Process on the 3rd day of July, 2023 at 1:56 pm to be served on **Justin T. Brain, 6182 N. State Road 7 Apartment 208, Coconut Creek, FL 33073**.

I, Donna Miller, do hereby affirm that on the **4th day of July, 2023** at **3:22 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the documents herein attached: **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Justin T. Brain** at the address of: **6182 N. State Road 7 Apartment 208, Coconut Creek, FL 33073**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 180, Hair: brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant fo FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am an Approved Process Server in good standing in the county in which service was made.

Donna Miller
SPS #1277

Affordable Process
5020 Golfview Court
Unit 1426
Delray Beach, FL 33484
(561) 266-3684
Our Job Serial Number: AFR-2023000688

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

## VERIFIED RETURN OF SERVICE

State of Florida                    County of                              Court

Case Number: 23-CV-61234

Plaintiff:
**TAYLOR ONLINE MSRKETING.COM**

vs.

Defendant:
**JUSTIN T. BRAIN and NATIONAL CAR SHIPPING**

For:
Griffin C. Klema Esq.
Klema Law, P.L.
420 W. Kennedy Blvd.
Tampa, FL 33606

Received by Affordable Process on the 3rd day of July, 2023 at 2:01 pm to be served on **National Car Shipping C/O Registered Agent Justin, 6182 n. State Road 7, Coconu Creek, FL 33073**.

I, Donna Miller, do hereby affirm that on the **4th day of July, 2023** at **3:22 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Third Party Complaint** with the date and hour of service endorsed thereon by me, to: **Justin T. Brain** as **Registered Agent** at the address of: **6182 n. State Road 7, Coconu Creek, FL 33073** on behalf of **National Car Shipping C/O Registered Agent Justin**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: White,  Height: 5'11",  Weight: 180,  Hair: brown,  Glasses: N

Under penalties of perjury, I swear or affirm, pursuant fo FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am an Approved Process Server in good standing in the county in which service was made.

Donna Miller
SPS #1277

**Affordable Process**
**5020 Golfview Court**
**Unit 1426**
**Delray Beach, FL 33484**
**(561) 266-3684**
Our Job Serial Number: AFR-2023000689

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n