UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61234-RAR

**TAYLOR ONLINE MARKETING.COM, INC.**,
*a California Corporation*,

    Plaintiff,

v.

**JUSTIN T. BRAIN,** *et al.*,

    Defendants.
_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendants Justin T. Brain and National Car Shipping Inc have been served with process. *See* Verified Return of Service [ECF No. 4]. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 5th day of July, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**