**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF FLORIDA**

**Case No. 23-cv-61234**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants.

## DEFENDANTS, JUSTIN T. BRAIN AND NATIONAL CAR SHIPPING, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Justin T. Brain and National Car Shipping, Inc., by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1, hereby moves for a fourteen (14) day extension of time, through and including, August 8, 2023, to answer or otherwise respond to Plaintiff's Complaint. Defendants submit the following in support of this motion:

1. On July 4, 2023, Defendants were served with the Summons and Complaint. The Defendants' response is due on July 25, 2023.

2. Defendants have recently retained the undesigned counsel to represent their interests in this matter.

3. Defendants and undersigned counsel require an extension of time to evaluate and investigate the claims set forth against Defendants and formulate an appropriate response to the Complaint.

4. On July 25, 2023, undersigned counsel requested an extension of time from Plaintiff's counsel and Plaintiff's counsel advised that he would not object to this motion or the relief sought herein.

5. This motion is filed in good faith, and it is the first such request for an extension of this deadline.

6. Defendants' requests are not sought for the purpose of delay, nor will the additional time adversely affect the prospect of a just, speedy and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

WHEREFORE, Defendants respectfully request this Honorable Court grant its Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint until August 8, 2023, and for such other and further relief that this Honorable Court deems just and proper.

## CERTIFICATION OF PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), Defendants' counsel certifies that he has conferred in good faith with Plaintiff's counsel, and Plaintiff's counsel consents to the relief sought herein.

Dated: **July 25, 2023**              Respectfully submitted,

**/s/ *Eric M. Babbitt, Esq.***
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on July 25, 2023, the foregoing documents was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the following by email: Griffin Klema, Esq., Attorney for Plaintiff, Klema Law, P.L., griffin@klemalaw.com.

Dated: **July 25, 2023**               Respectfully submitted,

**/s/ *Eric M. Babbitt, Esq.***
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299