UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

Case No. 23-cv-61234

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants.

**NOTICE OF CHANGE OF ADDRESS, EMAIL AND LAW FIRM NAME**

Attorney, Eric Babbitt, hereby files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Law Offices of Eric M. Babbitt, P.A. |
| Address: | 800 W. Cypress Creek Road, Suite 502<br>Fort Lauderdale, FL 33309 |
| Email: | ebabbitt@babbittpa.com |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on July 25, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the following by email: Griffin Klema, Esq., Attorney for Plaintiff, Klema Law, P.L., griffin@klemalaw.com.

|  |  |
|---|---|
| Dated: **July 25, 2023** | Respectfully submitted, |

**/s/ *Eric M. Babbitt, Esq.*** 
Eric M. Babbitt 
Fla. Bar No. 114188 
ebabbitt@babbittpa.com 
Eric M. Babbitt, P.A. 
800 W. Cypress Creek Road, Suite 502 
Fort Lauderdale, FL 33309 
Tel: (954) 771-5299