# EXHIBIT "A"

Tuesday, August 8, 2023 at 16:32:32 Eastern Daylight Time

**Subject:** Fwd: Calls
**Date:** Tuesday, July 25, 2023 at 12:07:38 PM Eastern Daylight Time
**From:** justin brain
**To:** Eric Babbitt

Get [Outlook for iOS](#)

**From:** Tony Taylor
**Sent:** Sunday, May 15, 2022 10:30 PM
**To:** justin brain
**Subject:** Re: Calls

Unique per week…. (Dups are charged IF they call a week later)

No buffers

Holler if you want to move forward

Tony Taylor

[9032 Soquel Drive
Aptos, CA 95003](#)
Office:
Mobile OR Text:

www.tolm.co

> On May 15, 2022, at 7:10 PM, justin brain wrote:
>
> Around 15 calls during business hours 8am-5pm For $20 each
>
> Around 15 calls after hours 5pm-10pm week days
> 8am-9pm weekends
>
> Transfer calls to 256-434-7328
>
> No charge for duplicates
>
> Is there any buffer of 60 seconds in case it's a customer service call for another

company or something outlandish ?

Thanks



Get Outlook for iOS