**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF FLORIDA**

**Case No. 23-cv-61234**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants.

---

**JUSTIN T. BRAIN AND NATIONAL CAR SHIPPING, INC.'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    We hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   A) Taylor Online Marketing, Inc., *Plaintiff/Counter-Defendant*
   B) Justin T. Brain, *Defendant/Counter-Plaintiff*
   C) National Car Shipping, Inc., *Defendant/Counter-Plaintiff*
   D) Eric M. Babbitt, *only as counsel for Justin T. Brain and National Car Shipping, Inc.*
   E) Eric M. Babbitt, P.A., *only as counsel for Justin T. Brain and National Car Shipping, Inc.*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

Dated: **August 28, 2023**          Respectfully submitted,

**/s/ *Eric M. Babbitt, Esq.***
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on August 28, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the following by email: Griffin Klema, Esq., Attorney for Plaintiff, Klema Law, P.L., griffin@klemalaw.com.

Dated: **August 28, 2023**          Respectfully submitted,

**/s/ *Eric M. Babbitt, Esq.***
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299