**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF FLORIDA**

**Case No. 23-cv-61234**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE JOINT SCHEDULING REPORT

    Defendants, Justin T. Brain and National Car Shipping, Inc., by and through its undersigned counsel, hereby move for an extension of time, through and including, September 5, 2023, to file a Joint Scheduling Report, and state as follows:

    1.    On August 9, 2023, the Court entered an Order directing the parties to file a joint scheduling report by August 28, 2023.

    2.    A draft Joint Scheduling Report has been prepared and circulated however due to conflicts and scheduling, counsel for the parties have been unable to confer in order to finalize and agree to the final Joint Scheduling Report.

    3.    Counsel for the parties will continue to work together to finalize and file the Joint Scheduling Report as quickly as possible however a short extension of time is required.

    4.    All parties are in agreement to this motion for extension of time.

WHEREFORE, Defendants respectfully request this Honorable Court grant its Unopposed Motion for an Extension of Time to file the Joint Scheduling Report until September 5, 2023, and for such other and further relief that this Honorable Court deems just and proper.

### CERTIFICATION OF PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), Defendants' counsel certifies that he has conferred in good faith with Plaintiff's counsel, and Plaintiff's counsel consents to the relief sought herein.

Dated: **August 28, 2023**          Respectfully submitted,

**/s/ *Eric M. Babbitt, Esq.***
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 28, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the following by email: Griffin Klema, Esq., Attorney for Plaintiff, Klema Law, P.L., griffin@klemalaw.com.

Dated: **August 28, 2023**          Respectfully submitted,

**/s/ *Eric M. Babbitt, Esq.***
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299