**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CIV-61234-RAR**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff/Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants/Counter-Plaintiffs.
_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with Patrick Russell, Esq. with Salmon & Dulberg on February 22, 2024 at 2:00 p.m. at 1395 Brickell Ave., Suite 800, Miami, FL 33131.  A report of the mediation must be filed **within seven (7) days** thereafter.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this [date] day of September, 2023.

                                                         _____
                                                         **RODOLFO RUIZ**
                                                          **UNITED STATES DISTRICT JUDGE**