UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61234-RAR

**TAYLOR ONLINE MARKETING.COM, INC.**,
*a California Corporation*,

      Plaintiff,

v.

**JUSTIN T. BRAIN,** *et al.*,

      Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Patrick Russell, Esq. with Salmon & Dulberg on February 22, 2024 at 2:00 p.m. at 1395 Brickell Ave., Suite 800, Miami, FL 33131. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**