UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Taylor Online Marketing.com Inc.,

    Plaintiff(s),

CASE NO: 23-CIV-61234-RAR

v.

Justin Brain and National Car Shipping Inc.,

    Defendant(s),
_____/

## NOTICE OF MEDIATION CONFERENCE

**PLEASE TAKE NOTICE** that Mediation in the above styled action has been scheduled for **February 22, 2024 starting at 2:00 pm ET,** and will be held **via Zoom Video Conferencing** before **Mediator, Patrick Russell, Esq..**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original hereof has been eFiled with the Court with copies emailed to counsel of record.

Respectfully Submitted:

_/s/ Patrick Russell_____
Patrick Russell, Esq.
Florida Bar Number: 995568
John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490