UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61234-RAR

**TAYLOR ONLINE MARKETING.COM, INC.**,
*a California Corporation*,

      Plaintiff,

v.

**JUSTIN T. BRAIN**, *et al.*,

      Defendants.

_____/

**AMENDED ORDER SCHEDULING MEDIATION**

      The mediation conference in this matter shall be held with Patrick Russell, Esq. with Salmon & Dulberg on **February 22, 2024 at 2:00 p.m**. The parties' Joint Notice indicates mediation shall take place over Zoom.  However, the Scheduling Order entered in this case requires: "The mediation shall take place in person.  Requests to appear virtually by videoconference or other remote means must be made by motion." [ECF No. 16].  The Court will nevertheless permit this mediation conference to occur over Zoom, but the parties are instructed to familiarize themselves with this Court's Orders entered in this case, Standing Orders, and the Local Rules.  A report of the mediation must be filed within **seven (7) days** after the mediation conference.

      **DONE AND ORDERED** in Miami, Florida, this 29th day of September, 2023.

                                                              _____
                                                             **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**