**UNITED STATES DISTRICT COURT**
**SOUTER DISTRICT OF FLORIDA**

**Case No. 23-cv-61234**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff/Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants/Counter-Plaintiff.

**MOTION FOR EXTENSION OF TIME**
**TO FILE JOINT STATUS REPORT**

    Defendants, Justin T. Brain and National Car Shipping, Inc., by and through its undersigned counsel, hereby move for an extension of time, through and including, February 6, 2024, to file a a Joint Status Report, and state as follows:

    1.    On January 16, 2024, pursuant to a Status Conference with the counsel for both parties [D.E. 23], the Court entered a Paperless Order directing the parties to file a Joint Status Report updating the Court as to the status of settlement negotiations [D.E. 24].

    2.    A proposed Joint Status Report has been circulated by undersigned counsel, however counsel for the parties have been unable to confirm agreement to the submission of a Joint Status Report.

    3.    Counsel for Defendants requests an additional week, through and including, February 6, 2024, to continue settlement negotiations and submit a Joint Status Report to the Court.

WHEREFORE, Defendants respectfully request this Honorable Court grant its Motion for an Extension of Time to file the Joint Status Report until February 6, 2024, and for such other and further relief that this Honorable Court deems just and proper.

### CERTIFICATION OF PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), Defendants' counsel certifies that he has made reasonable efforts to confer with Plaintiff's counsel, including an email on January 30, 2024 at 4:53 p.m., but has been unable to do so.

Dated: **January 30, 2024**              Respectfully submitted,

/s/ *Eric M. Babbitt, Esq.*
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 30, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the following by email: Griffin Klema, Esq., Attorney for Plaintiff, Klema Law, P.L., griffin@klemalaw.com.

Dated: **January 30, 2024**              Respectfully submitted,

/s/ *Eric M. Babbitt, Esq.*
Eric M. Babbitt
Fla. Bar No. 114188
ebabbitt@babbittpa.com
Eric M. Babbitt, P.A.
800 W. Cypress Creek Road, Suite 502
Fort Lauderdale, FL 33309
Tel: (954) 771-5299