**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF FLORIDA**

**Case No. 23-cv-61234**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff/Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants/Counter-Plaintiffs.

**JOINT STATUS REPORT**

Plaintiff and Defendants, by and through their undersigned counsel, hereby submit the following Joint Status Report as required by the Court's Paperless Order [D.E. 24] entered on January 16, 2024, requiring the parties to file a joint status report updating the Court as to the status of settlement negotiations.

At present, the parties are cleaning up the redline of the settlement agreement drafts, and the agreement has been finalized. The parties anticipate executing the settlement shortly prior to the mediation currently scheduled for February 22, 2024 at 2:00 p.m.

Dated: **February 6, 2024**

                                        Respectfully submitted,

| | |
|---|---|
| ***/s/ Eric M. Babbitt, Esq.*** | /s/ Griffin Klema |
| Eric M. Babbitt | Griffin C. Klema, Esq. |
| Fla. Bar. No. 114188 | Fla. Bar No. 100279 |
| ebabbitt@babbittpa.com | griffin@klemalaw.com |
| Eric M. Babbitt, P.A. | Klema Law, P.L. |
| 800 W. Cypress Creek Rd. Ste 502 | 420 W. Kennedy Blvd. |
| Fort Lauderdale, FL 33309 | Tampa, FL 33606 |
| Tel: (954) 771-5299 | Tel: (202) 713-5292 |
| *Attorney for Justin T. Brain and National Car Shipping, Inc.* | *Attorney for Taylor Online Marketing, Inc.* |