UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61234-RAR

**TAYLOR ONLINE MARKETING.COM, INC.**,
*a California Corporation*,

    Plaintiff,

v.

**JUSTIN T. BRAIN,** *et al.*,

    Defendants.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE AND REQUIRING STIPULATION OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Status Report, [ECF No. 27], indicating that the parties have reached an agreement resolving this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case shall be administratively closed without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. Any pending motions are **DENIED AS MOOT**.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**