UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-61234-RAR/JMS

TAYLOR ONLINE MARKETING.COM, INC.,
a California corporation,

    Plaintiff and Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC,
a Florida corporation,

    Defendants and Counter-Plaintiffs.

---

## TAYLOR ONLINE MARKETING.COM, INC.'S MOTION FOR EXTENSION OF TIME TO FILE CASE CLOSING DOCUMENTS

**COMES NOW** Plaintiff and Counter-Defendant, Taylor Online Marketing.com, Inc., ("TOLM") by and through its attorney, Griffin Klema, Esq., and pursuant to Rule 6, moves for an extension of time for the parties to submit "the appropriate dismissal documents" pursuant to the Court's administrative closing order, [ECF 28].

The parties' confidential settlement agreement was fully executed on March 7, 2024. Pursuant to that agreement, it contemplates the filing either of a stipulated judgment or, upon completion of all of the obligations under that agreement, a stipulation for dismissal with prejudice.

However, a procedural question arose among the parties how to ensure compliance with the court order while accommodating the contractual obligations of the parties.

TOLM's proposal is to maintain the administrative closure of the case during the executory period of the settlement agreement to allow for the filing of the stipulated judgment, if that became necessary.

Defendants Brain and NCS contend that a dismissal with prejudice can be entered "with the court retaining jurisdiction" to enforce the terms of the settlement. However, TOLM believes, pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), that the defendants' proposed stipulation of dismissal with prejudice would immediately divest the court of jurisdiction irrespective of the parties' reservation stated therein. Instead, TOLM has urged that either the case remain administratively closed or that the stipulation be for a Court *order* retaining jurisdiction prior to any Rule 41(a)(1)(A)(ii) stipulated dismissal.

The parties have been conferring on the procedural matter, but have been unable to finalize a joint motion for the Court to decide which of the two alternative (and apparently agreeable) methods the Court may prefer to conclude this action. TOLM provided the joint motion to defendants, but has been unable to reach defense counsel prior to today's deadline.

**WHEREFORE**, Taylor Online Marketing.com, Inc. respectfully requests the Court grant this motion and enter an order extending the time to submit an appropriate joint motion for a dismissal or continued administrative closing order to accommodate the parties' confidential settlement agreement, through and including March 22, 2024; and for such further relief as the Court deems just and proper.

## CERTIFICATE OF COUNSEL

Counsel for the movant certifies that he made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in this motion on March 8, 2024, by twice emailing defense counsel and twice attempting to reach defense counsel by phone, but has been unable to do so.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Plaintiff*