**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-61234-RAR/JMS**

TAYLOR ONLINE MARKETING.COM, INC.,
a California corporation,

    Plaintiff and Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC,
a Florida corporation,

    Defendants and Counter-Plaintiffs.

---

**JOINT MOTION FOR CASE CLOSING ORDER AND**
**TO MODIFY CLOSING ORDER [ECF 28]**

    Plaintiff/Counter-Defendant, TAYLOR ONLINE MARKETING.COM, INC., and Defendants/Counter-Plaintiffs, JUSTIN T. BRAIN and NATIONAL CAR SHIPPING, INC., by and through their undersigned counsel, move the court for either (i) an order dismissing this action conditionally upon full satisfaction of the parties' respective obligations under a confidential settlement agreement, or (ii) to keep the action administratively closed pending the filing of either a stipulated judgment (upon a party's default under the settlement agreement) or a stipulated dismissal with prejudice under Rule 41(a)(1)(A)(ii) (upon full satisfaction of the parties' obligations under the settlement agreement).

    Pursuant to their agreement, if a default occurs during the contemplated executory period, the counter-party would then be entitled to submit a stipulated judgment to the Court. For that reason, the parties request that this case not be dismissed at this time but rather either conditionally dismiss pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), or

maintain the administrative closure of the action--either of which would satisfy the parties' need to either file a stipulated judgment or later, upon satisfaction of obligations under the agreement, an unconditional dismissal with prejudice.

Given that the Court's most recent order, [ECF 28], is unclear with regard to the Court's expectations for the filing of a dismissal, they further request that the order be vacated or modified to accommodate the requested procedural mechanisms proposed in this joint motion.

**WHEREFORE**, the parties request the Court:

a) Vacate that part of the closing order [ECF 28] which requires filing of a dismissal by March 8, 2024, and enter a new case-closing order which permits the parties' later filing of either a stipulated judgment or stipulated dismissal with prejudice;

b) either (i) retain the administrative closure of the action, or (ii) alternatively retain jurisdiction and conditionally dismiss this case pending completion of the parties' obligations pursuant to their confidential settlement agreement, and allow the later filing of either a stipulated judgment or stipulated dismissal with prejudice;

c) and for such further relief as the Court deems just and proper.

*/s/ Eric M. Babbitt*  
Eric M. Babbitt  
Fla. Bar. No. 114188  
ebabbitt@babbittpa.com  
Eric M. Babbitt, P.A.  
800 W. Cypress Creek Rd. Ste 502  
Fort Lauderdale, FL 33309  
Tel: (954) 771-5299  
*Attorney for Justin T. Brain and National Car Shipping, Inc.*

*/s/ Griffin Klema*  
Griffin C. Klema, Esq.  
Fla. Bar No. 100279  
griffin@klemalaw.com  
**Klema Law, P.L.**  
420 W. Kennedy Blvd.  
Tampa, FL 33606  
Tel: (202) 713-5292  
*Attorney for Taylor Online Marketing.com, Inc.*