UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO. 23-CIV-61234-RAR

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff/Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants/Counter-Plaintiffs.
_____/

**[PROPOSED] ORDER MODIFYING ORDER [DE 28], AND MAINTAINING ADMINISTRATIVE CLOSURE OF CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for case closing order and to modify the Court's earlier closing order, [ECF No. 31]. Accordingly, the Court having carefully reviewed the motion, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Court's prior order, [ECF No. 28], is hereby vacated and modified to eliminate the 30-day requirement for the parties to file the appropriate dismissal documents. All other parts of the prior order remain in effect.

2.    This case shall remain administratively closed without prejudice to the parties to file the appropriate dismissal documents pursuant to the parties' confidential settlement agreement, at the appropriate time.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of March, 2024.

                                                                _____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**