**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF FLORIDA**

**CASE NO. 23-CIV-61234-RAR**

TAYLOR ONLINE MARKETING.COM, INC.,
A California corporation,

    Plaintiff/Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC.,
a Florida corporation,

    Defendants/Counter-Plaintiffs.
_____/

**[PROPOSED] ORDER OF DISMISSAL AND RETENTION OF JURISDICTION**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for case closing order and to modify the Court's earlier closing order, [ECF No. 31]. Accordingly, the Court having carefully reviewed the motion, and being otherwise fully advised, this case is **DISMISSED WITHOUT PREJUDICE**, the Court retaining jurisdiction to enforce the terms of the parties' confidential settlement agreement, which contemplates the later filing of either a stipulated judgment or a joint stipulation of dismissal with prejudice. The Court expressly retains jurisdiction to enter the contemplated stipulated judgment, if necessary.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of March, 2024.

 

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**