UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61234-RAR

**TAYLOR ONLINE MARKETING.COM, INC.**,
*a California Corporation*,

  Plaintiff,

v.

**JUSTIN T. BRAIN,** *et al.*,

  Defendants.
_____/

**<u>ORDER REQUIRING STIPULATION OF DISMISSAL</u>**

  **THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On March 22, 2024, the Court entered a Paperless Order granting in part the Joint Motion for Case Closing Order and to Modify Closing Order ("Order"), [ECF No. 32] requiring the parties to file the appropriate dismissal documents **on or before June 20, 2024**. To date, there is no indication that the parties have filed dismissal documents, nor have they requested an extension of time to do so. Therefore, it is hereby

  **ORDERED AND ADJUDGED** that on or before **June 25, 2024**, the parties shall file the appropriate dismissal documents. Failure to do so will result in the dismissal of this case without further notice pursuant to the parties' settlement agreement.

  **DONE AND ORDERED** in Miami, Florida this 21st day of June, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**