UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-61234-RAR/JMS**

TAYLOR ONLINE MARKETING.COM, INC.,
a California corporation,



23-cv-61234 - DE 30
- Joint MTN for closu

    Plaintiff and Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC,
a Florida corporation,

    Defendants and Counter-Plaintiffs.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff/Counter-Defendant, TAYLOR ONLINE MARKETING.COM, INC., and Defendants/Counter-Plaintiffs, JUSTIN T. BRAIN and NATIONAL CAR SHIPPING, INC., by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of this action, which effectiveness is conditional on the Court entering an order retaining jurisdiction to enforce the terms of their agreement, pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012) ("when dismissal is pursuant to Rule 41(a)(1)(A)(ii), the district court is 'authorized to embody the settlement contract in its dismissal order ... if the parties agree'") (applying Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375 (1994)).

    Here, the parties agree to the retention of jurisdiction over this matter, post-dismissal with prejudice. Specifically and for avoidance of doubt, this stipulation's effectiveness is conditioned

upon the Court's entry of an order of dismissal with prejudice which retains jurisdiction over the parties' settlement agreement. <u>Anago Franchising</u>, 677 F.3d at 1280.

| | |
|---|---|
| ___*/s/ Eric M. Babbitt*___ | */s/ Griffin Klema* |
| Eric M. Babbitt | Griffin C. Klema, Esq. |
| Fla. Bar. No. 114188 | Fla. Bar No. 100279 |
| ebabbitt@babbittpa.com | griffin@klemalaw.com |
| Eric M. Babbitt, P.A. | **Klema Law, P.L.** |
| 800 W. Cypress Creek Rd. Ste 502 | 420 W. Kennedy Blvd. |
| Fort Lauderdale, FL 33309 | Tampa, FL 33606 |
| Tel: (954) 771-5299 | Tel: (202) 713-5292 |
| *Attorney for Justin T. Brain and National Car Shipping, Inc.* | *Attorney for Taylor Online Marketing.com, Inc.* |