**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-61234-RAR/JMS**

TAYLOR ONLINE MARKETING.COM, INC.,
a California corporation,

    Plaintiff and Counter-Defendant,

v.

JUSTIN T. BRAIN, and
NATIONAL CAR SHIPPING INC,
a Florida corporation,

    Defendants and Counter-Plaintiffs.

---

**SUPPLEMENTAL CERTIFICATE OF CONFERRAL**

    Plaintiff and Counter-Defendant, Taylor Online Marketing.com, Inc., by and through its attorney, Griffin Klema, Esq., and pursuant to Local Rule 7.1(a)(3), files this supplemental certificate of counsel respecting conferral on plaintiff's motion for leave to file the parties' confidential settlement agreement under seal, [DE 36]. The undersigned counsel conferred on July 2, 2024, with counsel for defendants and counter-plaintiffs Justin T. Brain and National Car Shipping Inc., and is authorized to represent that the defendants do not oppose the relief sought in the motion.

                                                                                       /s/ Griffin Klema_____
                                                                  Griffin C. Klema, Esq.
                                                                  Fla. Bar No. 100279
                                                                  Griffin@KlemaLaw.com
                                                                  **Klema Law, P.L.**
                                                                   PO Box 172381
                                                                   Tampa, FL 33672
                                                                   420 W. Kennedy Boulevard
                                                                   Tampa, FL 33606
                                                                   Telephone: 202-713-5292
                                                                   *Attorney for Plaintiff*